

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00431-CV

_____

CONESTOGA TRUST SERVICES, LLC, Appellant

V.

FOCUS MEDICAL UNDERWRITERS, LLC; MATTHEW L. RIOS, M.D.; SYED
FATEH HYDER, M.D.; CLARITY EVALUATIONS, LLC; TIMOTHY A.
BESTE, M.D.; BARRY COOK, M.D.; CONVERGENCE MEDICAL
UNDERWRITING, LLC, Appellees

---

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-308667-19

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After considering appellant Conestoga Trust Services, LLC's petition for permissive appeal and the response thereto, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.3.

Per Curiam

Delivered: January 16, 2020